**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN RE: SUBPOENA FOR APPEARANCE   :   No. 72 EM 2017
AS CHARACTER WITNESS ISSUED TO   :
JUDGE CRAIG TREBILCOCK           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2017, the Petition for Allowance of a Subpoena is DENIED.

    Justice Todd did not participate in the consideration or decision of this matter.